UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW ANGLE PET PRODUCTS, INC. and
ONE BARSTOW PROPERTIES, INC.


                              Plaintiff,

                                                    **ORDER**
          -against-                                 CV 10-2700 (SJF)(ARL)


ABSOLUTELYNEW, INC.,

                              Defendant.
------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the court is the plaintiffs' motion dated October 4, 2011, seeking to compel post-judgment discovery from the defendant. The motion is granted, as unopposed. On April 14, 2011, District Judge Feuerstein entered a default judgment against the defendant. On May 20, 2011, she denied the defendant's motion to vacate. On July 8, 2011, the plaintiffs served the defendant with Interrogatories in Aid of Judgment. On September 12, 2011, counsel for the defendant responded that his client could not answer the interrogatories fully until a protective order was in place. Counsel for the parties had negotiated the terms of a proposed protective order by September 15, 2011, but the defendant still refused to execute the agreement. "Discovery of a judgment debtor's assets is conducted routinely" under Federal Rule of Civil Procedure 69(a)(2), and the defendant has provided no basis for denying the instant application. The defendant is directed to fully respond to the Interrogatories by October 28, 2011.


Dated: Central Islip, New York                **SO ORDERED:**
       October 17, 2011


                                              _____/s/_____
                                              ARLENE R. LINDSAY
                                              United States Magistrate Judge